IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY LAYMON, | : |
|     Plaintiff, | : |
| V. | :   No.: 05-193E |
| THE CANADA LIFE ASSURANCE COMPANY, | : |
|     Defendant. | : |

### ORDER OF COURT

AND NOW, this ____ day of _____, 2005, upon due consideration of The Canada Life Assurance Company's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), and the respective responses and arguments of the parties, it is hereby ADJUDGED, ORDERED, and DECREED that said Motion is GRANTED and the Complaint filed in this matter is DISMISSED WITH PREJUDICE.

_____
United States District Court Judge

U.S. District Court for the Western District of PA, No.: 05-193E

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) has been furnished via regular First-class, postage pre-paid U.S. Mail Delivery this 8th day of July 2005, to:

Jeff A. Connelly, Esquire
824 Hillborn Avenue, Suite One
Erie, Pennsylvania 16505
(Counsel for Plaintiff)

JONES, GREGG, CREEHAN & GERACE, LLP

BY: _____
John P. Davis, III
Pa. I.D. No.: 33294
Counsel for The Canada
Assurance Life Company,
Defendant