IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY LAYMON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 05-193E |
| | : |
| THE CANADA LIFE ASSURANCE | : |
| COMPANY, | : |
| | : |
| Defendant | : |

## CERTIFICATE OF SERVICE

I, hereby certify that this date a true and correct copy of the Motion for Extension of Time was served upon the following in the manner noted below in accordance with the rules of Pa. Court.

John P. Davis, III, Esquire                       U.S. Mail
Jones, Gregg, Creehand & Gerace
411 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219-1905

                                                    Respectfully submitted,

                                                    CONNELLY LAW OFFICE


                                                    __/s/ Jeff A. Connelly_____
                                                    Jeff A. Connelly, Esquire

Dated:   7/28/05