THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY LAYMON, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE CANADA LIFE ASSURANCE CO. )<br>)<br>Defendant ) | Case No. 05-193E |

## CONSENT TO WITHDRAW AS COUNSEL OF RECORD

I, Larry Laymon, consent to Attorney Jeff A. Connelly withdrawing as counsel of record in the above captioned case.

_____
Larry Laymon

Date: 8/4/05