THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY LAYMON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-193E |
| ) | |
| THE CANADA LIFE ASSURANCE CO. ) | |
| ) | |
| Defendant ) | |

**ORDER**

UPON review and consideration of the foregoing Motion to Withdraw it is hereby

**ORDERED** that Attorney Jeff A. Connelly is permitted to withdraw as counsel of record in the above captioned matter.

_____
Sean McLaughlin
U. S. District Judge