IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY LAYMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-193E |
| | ) | |
| THE CANADA LIFE ASSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**A P P E A R A N C E**

TO THE CLERK:

Kindly enter our appearance on behalf of the Plaintiff, Larry Laymon, in the above-captioned matter.

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA

By__/s/ Lori R. Miller_____
Lori R. Miller
Laura Steehler Nelson, Esquire
Attorneys for Plaintiff
150 East Eighth Street
Erie, Pennsylvania 16501
(814) 456-4000