```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

LARRY LAYMON,

    Plaintiff,

v.                                      No. 1:05-cv-00193

THE CANADA LIFE ASSURANCE
COMPANY,

    Defendant.

## ORDER OF COURT

AND NOW, this _____ day of September, 2005, upon due consideration of Defendant's Motion for Extension of Time in which to File a Responsive Pleading, it is hereby ADJUDGED, ORDERED AND DECREED that Defendant shall have until October 14, 2005 in which to file a Responsive Pleading to the Amended Complaint.

                                        _____

                                        Judge, United States District Court