IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


LARRY LAYMON,                              )
    Plaintiff,                             )
                                           )
    Vs.                                    )          Civil Action No. 05-193 Erie
                                           )
THE CANADA LIFE ASSURANCE CO.              )
    Defendant.                             )


**O R D E R**

AND NOW, to with, this 28th day of November, 2005, the Parties having

notified the Court of settlement,  IT IS HEREBY ORDERED that this case is marked

administratively closed.  It appears no further action is required by the Court at this time.


        S/Sean J. McLaughlin
        Sean J. McLaughlin
        United States District Judge


cc: all parties of record