IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY LAYMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05 |
| THE CANADA LIFE ASSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41, the Plaintiff and Defendant, by and through their counsel of record, do hereby stipulate and request that the above-captioned lawsuit be dismissed with prejudice.

_____
Laura S. Nelson, Esquire
Attorney for Plaintiffs

_____
John P. Davis, III, Esquire
Attorney for Defendant

IT IS SO ORDERED.

_____
Judge McLaughlin